UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SOKOL WORLD ENTERTAINMENT,
INC.,

         Plaintiff,

    v.

SMALL BUSINESS ADMINISTRATION,
*et al.*,

         Defendants.

Civil Action No. 21-cv-2385 (TSC)

**ORDER**

For the reasons set forth in the accompanying memorandum opinion, ECF No. 47, Plaintiff Sokol's *Motion for Summary Judgment*, ECF No. 20, is **GRANTED** and Defendants *Cross-Motion for Summary Judgment or, in the Alternative, to Dismiss*, ECF No. 34, is **DENIED without prejudice**. Further, both parties *Motions for Consideration of Extra-Record Evidence*, ECF Nos. 19 & 36, are **GRANTED**. Plaintiff's *Motion to Strike*, ECF No. 31, is **DENIED**. The parties' *Motion for Leave to File Under Seal*, ECF No. 34, is **GRANTED**.

This matter is hereby **REMANDED** to the SBA for supplementation of the administrative record as necessary regarding Sokol's competitors and further proceedings consistent with this Opinion. The parties are hereby **ORDERED** to file a Joint Status Report by **October 14, 2022** and every 30 days thereafter as to the status of this matter, except that within five days of the agency's decision, the parties shall file a Joint Status Report and proposed order.

Date: September 28, 2022

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge