**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **SOKOL WORLD ENTERTAINMENT, INC.**,<br><br>    Plaintiff,<br><br>  v.<br><br>**SMALL BUSINESS ADMINISTRATION**, *et al.*,<br><br>    Defendants. | Civil Action No. 21-cv-2385 (TSC) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, ECF No. 86, it is

**ORDERED** that Defendant's Cross-Motion for Summary Judgment is **GRANTED**.  It is further

**ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

**SO ORDERED.**

Date: March 20, 2025

*Tanya S. Chutkan*
TANYA S. CHUTKAN
United States District Judge